GALVAN-TORRES, LUIS #36694-408
_____
Name and Prisoner/Booking Number
FCI TUCSON
_____
Place of Confinement
P. O. BOX 23811
_____
Mailing Address
TUCSON, AZ 85734
_____
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ____ LODGED ____
RECEIVED ____ COPY ____

AUG 1 4 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
### TUCSON DIVISION

LUIS GALVAN-TORRES
_____
(Full Name of Plaintiff)        Plaintiff,

vs.

(1) R.L. RHODES, WARDEN
_____
(Full Name of Defendant)

(2) S. ENGLAND, HSA
_____

(3) ET AL.
_____

(4)
_____
                Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CV 17-0400 TUCJGZPSOT

CASE NO. _____
        (To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: _____

Revised 3/9/07

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: <u>R.L. Rhodes</u>. The first Defendant is employed as:
   <u>Warden</u> at <u>FCI Tucson</u>.
   (Position and Title)          (Institution)

2. Name of second Defendant: <u>S. England</u>. The second Defendant is employed as:
   <u>Health Services Administrator</u> at <u>FCI Tucson</u>.
   (Position and Title)          (Institution)

3. Name of third Defendant: <u>Unnamed Defendants</u>. The third Defendant is employed as:
   <u>Health services Staff</u> at <u>FCI Tucson</u>.
   (Position and Title)          (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
   _____ at _____.
   (Position and Title)          (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes    ☐ No

2. If yes, how many lawsuits have you filed? <u>1</u>. Describe the previous lawsuits:

   a. First prior lawsuit:
   1. Parties: <u>Same As Above</u> v. _____
   2. Court and case number: <u>CV 17-00162-TUC-JGZ</u>
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) <u>NO</u>
      <u>Dismissed without prejudice</u>

   b. Second prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
   1. Parties: _____ v. _____
   2. Court and case number: _____
   3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

### D. CAUSE OF ACTION

#### COUNT I

1.  State the constitutional or other federal civil right that was violated: **Right to Medical Care**

2.  Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☒ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    **Was diagnosed and scheduled for Consultation and Treatment for problem dealing with my testicles and this has been over a year and nothing has been done by BOP Medical Staff. The treatment was approved last year.**

4.  Injury. State how you were injured by the actions or inactions of the Defendant(s).
    **Severe pain and discomfort in testicle area. This could lead to irreparable injury and harm.**

5.  Administrative Remedies:
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. **Because the BOP has a prsactice of just denying grievances on the higher levels. It would be fruitless.**

3

## COUNT II

1.  State the constitutional or other federal civil right that was violated: __8th Amendment__
    __Cruel and Unusual Punishment__

2.  Count II. Identify the issue involved. Check only one. State additional issues in separate counts.
    ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3.  Supporting Facts. State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    __Defendants have allowed Petitioner to continjue to suffer__
    __without follow-up treatment.__

4.  Injury. State how you were injured by the actions or inactions of the Defendant(s).
    __Continues to have severe pain in testicle area.__

5.  Administrative Remedies.
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                      ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Count II?             ☒ Yes   ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?    ☐ Yes   ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
        __N/A__

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____

2. Count III.  Identify the issue involved.  Check only one.  State additional issues in separate counts.
   - ☐ Basic necessities          ☐ Mail              ☐ Access to the court        ☐ Medical care
   - ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion       ☐ Retaliation
   - ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what each **Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                              ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?       ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

1.   Compensatory Damages; Punitive Damages and Treatment

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08-09-17                        Luis Arturo Galvan Torres
            DATE                                SIGNATURE OF PLAINTIFF


(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


(Signature of attorney, if any)


(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

GALVAN, Luis

Reg. No. 36694-408

Informal Resolution

RESPONSE

This is in response to your Informal Resolution received January 21, 2017, wherein you state you have a problem with your testicle and were told you would be getting surgery.

A review of your request revealed you were seen by the Urologist saw you on July 11, 2016, with recommendations for a procedure.  A consult will be written today and the surgery scheduled as soon as possible.  A review of your records indicates you have not been seen in medical for this issue since returning from your outside appointment on July 11, 2016.  You are encouraged to report to sick call Monday, Tuesday, Thursday, or Friday at 12:30 pm if you are having continued complaints.  You are reminded that once you are scheduled you will not be given this information for security reasons.

S. England, HSA

FCC Tucson

```
TCNKL          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-22-2017
PAGE 002 OF 002 *              SANITIZED FORMAT              *      17:02:51
```

| REMEDY-ID | SUBJ1/SUBJ2 | --------------------ABSTRACT------------------------ | | | |
| | RCV-OFC | RCV-FACL | DATE-RCV | STATUS | STATUS-DATE |
|---|---|---|---|---|---|
| 891721-F1 | 26AM/ | WANTS MEDICAL PROBLEM FIXED | | | |
| | TCN | TCN | 02-13-2017 | ACC | 02-13-2017 |

```
                     1 REMEDY SUBMISSION(S) SELECTED
G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

GALVAN, Luis
Reg. No. 36694-408

Request for Administrative Remedy
Remedy ID No. 891721-F1

Part B - RESPONSE

This is in response to your Request for Administrative Remedy
received on March 23, 2017, wherein you state you have been
getting the run around and should be scheduled for the
procedure/surgery recommended by the Urologist.  You request
help immediately and medication for the pain.

A review into this matter revealed a consult was written in
January and was disapproved at the Regional level in early
March.  A prescription for pain was written but could not be
processed by Pharmacy because it did not meet the BOP National
Formulary Over The Counter (OTC) Matrix. You are advised to
purchase Naproxen from the commissary, and report to sick if
symptoms worsen.

Based on the above, your request for Administrative Remedy is
for informational purposes only. If you are dissatisfied with
this response, you may appeal to the Western Regional Director.
Your appeal must be received by the Regional Administrative
Remedy Coordinator, Federal Bureau of Prisons, Western Regional
Office, 7338 Shoreline Dr., Stockton, California, 95219, within
twenty (20) calendar days from the date of this response.

_____          _____3/30/17_____
R.L. Rhodes, Warden               Date