UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

TUCSON DIVISION



LUIS GALVAN-TORRES

    Plaintiff

v.      Case No. CV17-0400 TUCJGZ PSOT

R.L. RHODES, WARDEN

S. ENGLAND, HSA

et., al.


MEMORANDUM IN SUPPORT OF 42 U.S.C. § 1983 and/or BIVENS ACTION (CIVIL SUIT)

28 U.S.C. § 1331


### I. JURISDICTION

This Court has jurisdiction over this matter pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1331.

### II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The Plaintiff filed a BP-8 and BP-9, which was never responded to by the Warden and therefore exercised the federal right to by-pass the administrative remedy process because it is not available. Under ther PLRA of 1995, 42 U.S.C. §

1997e(a), an inmate must seek to exhaust administrative remedies, if they are "available."

Petitioner in this case before the Court filed the required inmate grievances at the local level, i.e. BP-8 and BP-9, and the BP-8 was signed by the Associate Warden who has responsibility over the Health Services Department for the entire Complex. The BP-9 that was filed by the Petitioner was never addressed by the Warden. Someone else signed for him on March 30, 2017. Thus, as is a practice in the BOP, the grievance was actually just bpassed along and not really dealt with. As can be seen on the copies of the Grievances, the Unit Manager signed the form and never even made a comment regarding the issue.

Respectfully Submitted,

*Luis Arturo Galvan Torres*

Luis Galvan-Torres
Reg. No. 36694-408

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Torres Luis Galvan   36694408   SE   FC Tucson
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

ON 1-19-17 I WAS ISSUED A STATEMENT WITH REGAURD'S TO MY PROBLEM I HAVE WITH MY TESTCAI. THIS HAS BEEN AN ONGOING PROBLEM & I'VE HAD NO HELP. I AM BEING TOLD TO KEEP GOING TO SICK CALL, BUT AT SICK CALL I AM BEING TOLD NOT TO KEEP COMING. I'M SUPPOSED TO BE SCHEDULED FOR SURGERY I KEEP GETTING THE "RUN AROUND". I NEED HELP IMEDIATLY AND IF YOU GUYS KEEP MAKING ME WAIT WITH NO MEDICATION'S OR HELP FOR THE PAIN I'M GOING TO KEEP GOING FURTHER WITH THIS ACTION

02-03-17    Luis Arturo Torres
DATE    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____