Luis Galvan-Torres #36694-408
Name and Prisoner/Booking Number

FCI TUCSON
Place of Confinement

P.O. BOX 23811
Mailing Address

TUCSON, AZ 85734
City, State, Zip Code

FILED ___ LODGED
RECEIVED ___ COPY
AUG 14 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

LUIS GALVAN-TORESS,
　　　　Plaintiff,

vs.

R.L. RHODES, WARDEN
S. ENGLAND, HSA
　　　　Defendant(s).

CASE NO. CV17-0400 TUC JGZ PSOT

APPLICATION TO PROCEED
*IN FORMA PAUPERIS*
BY A PRISONER
CIVIL (NON-HABEAS)

I, Luis Galvan-Torres, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?
   ☐ Yes  ☒ No   If "Yes," how many have you filed? _____.
   Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐ Yes  ☐ No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐ Yes  ☒ No
   If "Yes," state the amount of your pay and where you work. _____
   _____N/A_____

3. Do you receive any other payments from the institution where you are confined?   ☐ Yes  ☒ No
   If "Yes," state the source and amount of the payments. _____

Revised 2/7/05

1

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☒Yes   ☐No
If "Yes," state the sources and amounts of the income, savings, or assets. _____
   From time to time my family may send me funds.
_____

I declare under penalty of perjury that the above information is true and correct.

05-20-17                                     Luis Arturo Torres
DATE                                         SIGNATURE OF APPLICANT

---

### ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, _____, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:
  (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
  (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

05-20-17                                     Luis Arturo Torres
DATE                                         SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, Counselor T. Ashmore, certify that as of the date applicant signed this application:
   (Printed name of official)
The applicant's trust account balance at this institution is:                $ 4.18
The applicant's average monthly deposits during the prior six months is:    $ 123.00
The applicant's average monthly balance during the prior six months is:     $ 34.04
The attached certified account statement accurately reflects the status of the applicant's account.

6-6-17          [signature]              Counselor           FCI Tucson
DATE            AUTHORIZED SIGNATURE     TITLE/ID NUMBER     INSTITUTION

Revised 6/22/16                              2