LUIS GALVAN-TORRES, 36694-408
Name and Prisoner/Booking Number

Federal Correctional Institution Tucson
Place of Confinement

P. O. Box 23811
Mailing Address

Tucson, AZ 85734
City, State, Zip Code

```
          FILED ✓        LODGED
          RECEIVED       COPY

              SEP 1 8 2017

         CLERK U S DISTRICT COURT
             DISTRICT OF ARIZONA
         BY_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

LUIS GALVAN-TORRES,

Plaintiff,

v.

R.L. RHODES, et al.,

Defendant(s).

CASE NO. 17-CV-400-JGZ-PSOT

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, Luis Galvan-Torres, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?   ☐Yes   ☒No   If "Yes," how many have you filed? _____.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes   ☐No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☐Yes   ☒No
If "Yes," state the amount of your pay and where you work. _____
N/A

3. Do you receive any other payments from the institution where you are confined?   ☐Yes   ☒No
If "Yes," state the source and amount of the payments. _____
N/A

Revised 6/22/16                                    1

4. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐ Yes   ☒ No

If "Yes," state the sources and amounts of the income, savings, or assets. _____

_____ N/A _____

_____

I declare under penalty of perjury that the above information is true and correct.

9-11-17                                           Luis Torres
DATE                                              SIGNATURE OF APPLICANT

## ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, **Luis Galvan-Torres**, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:
   (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
   (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

9-11-17                                           Luis Torres
DATE                                              SIGNATURE OF APPLICANT

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, **Counselor Ashworth**, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is:                          $ 188.38
The applicant's average monthly deposits during the prior six months is:   $ 1,110.40
The applicant's average monthly balance during the prior six months is:    $ 23.99
The attached certified account statement accurately reflects the status of the applicant's account.

9-11-17          [signature]               Counselor                FCI Tucson
DATE          AUTHORIZED SIGNATURE      TITLE/ID NUMBER           INSTITUTION

Revised 6/22/16                                 2