U.S. DISTRICT COURT CLERK'S OFFICE
405 W. CONGRESS ST. STE. 1500
TUCSON AZ 85701-5010

Luis Galvan-Torres  # 36694-408
TUCSON-AZ-TUCSON-FCI
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 23811
TUCSON, AZ 85734

NIXIE      857345004-1N      12/11/17

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

FILED ____  LODGED ____
RECEIVED ____  COPY ____

DEC 14 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV.17.400
DOC 6

RETURN TO SENDER
NO LONGER AT THIS ADDRESS
UNAUTHORIZED INMATE CORRESPONDENCE
UNAUTHORIZED PACKAGE