**CLERK OF THE UNITED STATES DISTRICT COURT**
Evo A. DeConcini Courthouse
405 W. Congress Street, Ste. 150
Tucson, Arizona 85701-5010

OFFICIAL BUSINESS

Luis Galvan-Torres  # 36694-408
TUCSON-AZ-TUCSON-FCI
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 23811
TUCSON, AZ 85734

Doc. 8

☑ NO LONGER AT THIS ADDRESS
☐ UNAUTHORIZED INMATE TO INMATE CORRESPONDENCE
☐ UNAUTHORIZED PACKAGE

LEGAL MAIL-OPEN DAILY IN PRESENCE OF INMATE

RETURN TO SENDER
UNABLE TO FORWARD
RETURN TO SENDER

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB - 9 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

PHOENIX AZ 852
08 JAN '18 PM 4 L

NEOPOST  FIRST-CLASS MAIL
01/08/2018
US POSTAGE $000.46⁰
ZIP 85701
041M11277628

02/06/18